UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

RECEIVED
2021 FEB 22  A 9: 01
US MARSHALS SERVICE
BILLINGS, MONTANA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WESLEY DEAN MERRILL,

Defendant.

CR-21-07-BLG-DLC-01

**WARRANT FOR ARREST**

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest WESLEY DEAN MERRILL and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Conspiracy To Possess With Intent To Distribute Methamphetamine and Possession With Intent To Distribute Methamphetamine in violation of Title 18 U.S.C. §§ 846 and 841(a)(1).

Assigned to: Thomas K. Godfrey, AUSA

_____
Judith Harris, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 19th day of February, 2021

| *R E T U R N* | |
|---|---|
| DATE RECEIVED: 2/22/21 | LOCATION: BILLINGS, MT |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | |
| DATE OF ARREST: 3/19/21 | *Rod Ostermiller* **UNITED STATES MARSHAL** |
| LOCATION: BILLINGS, MT   BY: _____ | Deputy U.S. Marshal |